```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 49799
    SANDRA JOYCE HERRON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-7143


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/10/2003 and was confirmed 02/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.98% from remaining funds.

     The case was paid in full 11/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOAN    CURRENT MORTG     30498.97          .00         30498.97
COUNTRYWIDE HOME LOAN    MORTGAGE ARRE      4287.74          .00          4287.74
WELLS FARGO AUTO FINANCE SECURED           17000.00      7635.77         17000.00
WELLS FARGO AUTO FINANCE UNSECURED          4504.71          .00          1035.17
ALAMO                    UNSECURED        NOT FILED          .00              .00
ASSET ACCEPTANCE CORP    UNSECURED           373.84          .00            85.91
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00              .00
CREDIT PROTECTION ASSOC  NOTICE ONLY      NOT FILED          .00              .00
BANK ONE                 UNSECURED        NOT FILED          .00              .00
BURLINGTON COAT FACTORY  UNSECURED        NOT FILED          .00              .00
CALUMET ORAL SURGERY     UNSECURED        NOT FILED          .00              .00
CITIBANK                 UNSECURED        NOT FILED          .00              .00
CITIFINANCIAL            UNSECURED        NOT FILED          .00              .00
CITIFINANCIAL            UNSECURED        NOT FILED          .00              .00
CITI FINANCIAL~          UNSECURED        NOT FILED          .00              .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED           597.92          .00           137.40
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED          .00              .00
VANRU CREDIT             NOTICE ONLY      NOT FILED          .00              .00
JEWEL OSCO/US BANK       UNSECURED        NOT FILED          .00              .00
HELLER FRISONE & FERLEGE NOTICE ONLY      NOT FILED          .00              .00
JIFFY LUBE               UNSECURED        NOT FILED          .00              .00
AAA COLLECTIONS INC      NOTICE ONLY      NOT FILED          .00              .00
MARATHON OIL             UNSECURED        NOT FILED          .00              .00
MIDLAND CREDIT MANAGEMEN UNSECURED        NOT FILED          .00              .00
NICOR GAS                UNSECURED           387.33          .00            89.01
ORCHARD BANK             UNSECURED        NOT FILED          .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED           612.04          .00           140.65
MIDLAND CREDIT MANAGEMEN NOTICE ONLY      NOT FILED          .00              .00
QUEST DIAGNOSTICS        UNSECURED        NOT FILED          .00              .00
AMERICAN MEDICAL COLLECT NOTICE ONLY      NOT FILED          .00              .00
ECMC                     UNSECURED         46246.82          .00         10627.45

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 03 B 49799 SANDRA JOYCE HERRON
```

```
SEARS PAYMENT CENTER       UNSECURED        NOT FILED              .00             .00
SUBURBAN HEIGHTS MEDICAL   UNSECURED        NOT FILED              .00             .00
CB USA                     NOTICE ONLY      NOT FILED              .00             .00
THIRY NORTH ENDOCTICS      UNSECURED        NOT FILED              .00             .00
WELLGROUP HEALTH PARTNER   UNSECURED            87.40              .00           20.08
CFC FINANCIAL CORPORATIO   UNSECURED           420.65              .00           96.67
ASSET ACCEPTANCE CORP      UNSECURED           786.08              .00          180.64
AT & T BANKRUPCTY          UNSECURED           219.02              .00           50.33
WORLDWIDE ASSET PURCHASI   UNSECURED          1116.89              .00          256.66
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                            4,675.55
DEBTOR REFUND              REFUND                                               325.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               79,843.00

PRIORITY                                             .00
SECURED                                        51,786.71
    INTEREST                                    7,635.77
UNSECURED                                      12,719.97
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            4,675.55
DEBTOR REFUND                                     325.00
                    ---------------        ---------------
TOTALS                79,843.00                79,843.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 03 B 49799 SANDRA JOYCE HERRON